IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01162-REB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MICHAEL J. SNYDER,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Amended Unopposed Motion for Entry of Final Judgment** [#3], filed June 5, 2007.  The motion is **GRANTED**, and a final judgment shall be entered in this matter.

Dated:  June 5, 2007

-------------------------------------------------------------------------------------------------------------

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.